# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                   CRIMINAL CASE NO. 13-20887
                                   CIVIL CASE NO. 19-12316
v.                               HONORABLE DENISE PAGE HOOD

D-2 TAMMY DENICE POLLARD,

    Defendant.

_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's October 4, 2022 Order Denying her Motion under 28 U.S.C. 2255 to Vacate, Set Aside or Correct Sentence, the corresponding civil action [Case No. 19-12269] is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan, this 4th day of October, 2022.

                                          KINIKIA D. ESSIX
                                          CLERK OF THE COURT

                                          BY: s/LaShawn Saulsberry

APPROVED:


s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE