3

United States District Court
Eastern District of Michigan
Southern Division
Case Number: 13-20887
Civil Case:      19-12316
Appeal No:      22-1981

United States of America
        -v-
Tammy Denice Pollard



F I L E D
MAR 27 2023
CLERK'S OFFICE
DETROIT

Motion to UnSeal Documents in Docket
Entry 190 Affidavit of Patricia Macenni
and Exhibit B


Comes Now, the defendant, Tammy D. Pollard
Moves to ask this Honorable Court to UnSeal
documents Sealed in Docket Entry 190
and designate them to the defendant for
Appeal Purposes. Defendant has been enlightened
to the fact More Evidence exist.


Wherefore, Defendant ask with all premise
Mentioned this Honorable Court Issue an Order
Granting this Motion to UnSeal docket Entry
190 and its Exhibits. Provide a Copy to the
Appeals Court as Well as the defendant.

                    Done this 20th Day of March, 2023
                    Respectfully Submitted
                    Tammy Pollard
                    Tammy D. Pollard   # 49233039
                    FCI Aliceville
                    P.o. Box 4000
                    Aliceville, Al 35442

Certificate of Service

I, Tammy Pollard, hereby Certify that I have Served a Copy of this Motion to Unseal on the Clerk of Court via U.S. mail, First Class postage, Prepaid, Properly addressed to the Clerk of Court, Defendant ask that a Copy of this Motion be Sent to All interested Parties Via Cm/ECF System as She is indigent, Detained and has No other Means.

Done this 20th Day of March, 2023

Respectfully Submitted,
Tammy D. Pollard
Tammy D. Pollard
Reg. No. 49233039
FCI Aliceville
P.o. Box 4000
Aliceville, Al 35442

Tammy D. Pollard # 49253-039
FCI Aliceville
P.o. Box 4000
Aliceville, Al 35442

BIRMINGHAM AL 350
21 MAR 2023 PM 4 L

RECEIVED
MAR 27 2023
CLERK'S OFFICE
U.S. DISTRICT COURT

United States District Court
Eastern District of Michigan
Clerk of Court
231 West Lafayette Blvd
Room 564
Detroit, Michigan 48226

48226-279426